UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD MILAN,<br><br>　　　　Defendant. | 1:20-cv-00682-GSA-PC<br><br>**ORDER TO EITHER:**<br><br>**(1)　SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>　　　　**OR**<br><br>**(2)　PAY $400.00 FILING FEE IN FULL**<br><br>**TWENTY-DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Edward B. Spencer ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 14, 2020, together with an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF Nos. 1, 2.)  However, Plaintiff did not entirely complete the application.  On pages 1-2, the application asks whether Plaintiff has "received any money from . . . [a]ny other sources." (ECF No. 2 at 1-2.)  Plaintiff answered "Yes" but failed to complete the remainder of the question:

> **"If the answer . . . is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary)."**

(Id. at 2.)

Without knowing Plaintiff's present financial status, the court cannot grant his application to proceed *in forma pauperis*. Plaintiff shall be granted another opportunity to submit a new, completed application to proceed *in forma pauperis*, providing all of the information requested, or pay the $400.00 filing fee for this action, within twenty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send Plaintiff an application to proceed *in forma pauperis*;
2. **Within twenty (20) days** of the date of service of this order, Plaintiff shall either:
   (a) Submit an application to proceed *in forma pauperis* to the court, completed and signed; or
   (b) Pay the $400.00 filing fee for this action;
3. Plaintiff is not required to submit another certified copy of his prison trust account statement;
4. No requests for extension of time will be granted without a showing of good cause; and
5. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **May 15, 2020**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE