UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>        Plaintiff,<br><br>   vs.<br><br>RICHARD MILAN,<br><br>        Defendant. | 1:20-cv-00682-JLT-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION ON THE GROUNDS THAT PLAINTIFF FAILED TO EXHAUST AVAILABLE ADMINISTRATIVE REMEDIES**<br><br>**(ECF No. 33.)**<br><br>**DEADLINE:  AUGUST 10, 2022** |

   Edward B. Spencer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 8, 2022, Defendant Milam[1] filed a motion for extension of time until August 10, 2022, to file a dispositive motion on the grounds that Plaintiff failed to exhaust the available administrative remedies, in order to coincide the deadline to file an exhaustion motion with the deadline to file a summary-judgment motion on the merits.  (ECF No. 33.)

   The Court finds good cause to grant Defendant Milam an extension of time.  Accordingly, **IT IS HEREBY ORDERED** that Defendant Milam is granted an extension of time **until August 10, 2022**, in which to file a dispositive motion on the grounds that Plaintiff failed to exhaust his available administrative remedies.

IT IS SO ORDERED.

   Dated:   **April 19, 2022**            /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Sued as Milan.

1