**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>       Plaintiff,<br><br>   v.<br><br>RICHARD MILAN, et al.,<br><br>       Defendants. | No. 1:20-cv-00682 JLT GSA (PC)<br><br>ORDER RELATING CASES |
| EDWARD B. SPENCER,<br><br>       Plaintiff,<br><br>   v.<br><br>J. JASSO, et al.,<br><br>       Defendants. | Old Case No. 1:20-cv-00909 NODJ GSA (PC)<br>New Case No. 1:20-cv-00909 JLT GSA (PC)<br><br>ORDER RELATING CASES AND<br>ASSIGNING DISTRICT JUDGE |
| EDWARD B. SPENCER,<br><br>       Plaintiff,<br><br>   v.<br><br>L. PULIDO-ESPARZA, et al.,<br><br>       Defendants. | No. 1:20-cv-1176 JLT GSA (PC)<br><br>ORDER RELATING CASES |

1

|   |   |
|---|---|
| EDWARD B. SPENCER,<br><br>                    Plaintiff,<br><br>          v.<br><br>A. BARAJAS, et al.,<br><br>                    Defendant. | Old Case No.  1:23-cv-01033 NODJ GSA (PC)<br>New Case No.  1:23-cv-01033 NODJ GSA (PC)<br><br><br>ORDER RELATING CASES AND<br>ASSIGNING DISTRICT JUDGE |

Pursuant to the Local Rules, the Court finds that the above-captioned matters are all related within the meaning of Local Rule 123(a)(3). Specifically, all four of them involve overlapping issues with respect to Plaintiff's in forma pauperis status, which is currently at issue.

For this reason, the assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

Accordingly, IT IS HEREBY ORDERED that:

1. The following four cases are ALL RELATED, given that they involve overlapping issues with respect to Plaintiff's in forma pauperis status. *See* Local Rule 123(a)(3):

- *Spencer v. Milan*, No. 1:20-cv-00682 JLT GSA;
- *Spencer v. Jasso*, No. 1:20-cv-00909 NODJ GSA;
- *Spencer v. Pulido-Esparza*, No. 1:20-cv-01176 JLT GSA, and
- *Spencer v. Barajas*, No. 1:23-cv-01033 NODJ GSA.

2. The following two cases shall be REASSIGNED to United States District Judge Jennifer L. Thurston:

- *Spencer v. Jasso*, No. 1:20-cv-00909 NODJ GSA, and
- *Spencer v. Barajas*, No. 1:23-cv-01033 NODJ GSA.

////

////

////

3.  Going forward, the two above-referenced cases shall bear the following new case numbers:

- *Spencer v. Jasso*, No. 1:20-cv-00909 JLT GSA, and
- *Spencer v. Barajas*, No. 1:23-cv-01033 JLT GSA.

4.  All four cases listed in the case caption of this order will REMAIN ASSIGNED to United States Magistrate Judge Gary Austin.

IT IS SO ORDERED.

Dated: __**February 8, 2024**__                                   *[signature: Jennifer L. Thurston]*
                                                                              UNITED STATES DISTRICT JUDGE