UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD MILAN, *Supervisor of Building Trades at SATF*,<br><br>    Defendant. | Case No. 1:20-cv-00682-JLT-HBK (PC)<br><br>ORDER DIRECTING CLERK TO ISSUE CONSENT/DECLINE TO UNITED STATES MAGISTRATE JUDGE FORM<br><br>FOURTEEN DAY DEADLINE |

On July 3, 2025, this case was reassigned to the undersigned. (Doc. No. 82). Plaintiff proceeds in this action on his Eighth Amendment conditions of confinement claim against Defendant Milan. (Doc. Nos. 1, 12, 19). On November 14, 2022, Defendant Milan filed a Motion for Summary Judgement. (Doc. No. 47). After being granted an extension of time, Plaintiff filed his Opposition on January 3, 2023. (Doc. No. 53). Defendant timely filed a Reply on January 11, 2023. (Doc. No. 54). Thus, this case remains ripe for review based upon the pleadings and the record before the Court. Local Rule 230(l).

Due to reassignment and the heavy civil backlog facing the district judges in the Eastern District of California, the Parties may wish to consider consent to a United States Magistrate Judge. The Parties may consent or withhold consent without any adverse consequences.

ACCORDINGLY, it is hereby ORDERED:

1. The Clerk of Court shall provide the parties with the Consent/Decline to U.S.

Magistrate Judge Jurisdiction form.

2. The Parties shall return the Consent/Decline to U.S. Magistrate Judge Jurisdiction form within fourteen (14) days from receipt of this Order.

Dated: July 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE