**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD MILAN,<br><br>　　　　Defendant. | Case No.  1:20-cv-00682 JLT HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL<br><br>(Docs.  47, 88) |

　　　　On August 27, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that the district court grant Defendant's Motion for Summary Judgment (Doc. 47) because Plaintiff failed to put forth sufficient evidence to establish the essential elements to support the conditions of confinement claim.  The Findings and Recommendations were served on Plaintiff and contained notice that objections to the Findings and Recommendations were to be filed within fourteen days.  (Doc. 88.)  In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).  Plaintiff filed objections on September 9, 2025. (Doc. 89.)

　　　　As an initial matter, Plaintiff does not address any of the specific findings made by the magistrate judge related to the grounds raised in his complaint.  Rather, Plaintiff objects to a

statement in the Findings and Recommendations that "Notably, although inmates Lopez and Balkram's declarations are sworn to under penalty of perjury, both declarations appear to be in Plaintiff's handwriting and neither signature is legible." (Doc. 88, 89.)  However, this objection does not call into question the magistrate judge's finding that Plaintiff failed to establish the essential elements of his conditions of confinement claim.  (Doc. 88 at 12.)  A statement noting the similarity of the handwriting between two documents is not a finding of fact by the magistrate judge.  *Hernandez v. Kokor*, 2017 WL 6311651, at *1 (E.D. Cal. Dec. 6, 2017) (finding that an objection based on a distinction that fails to call into question the conclusions of the magistrate judge's finding and recommendation is of no effect).  Moreover, while the assigned magistrate judge noted the potential handwriting discrepancies, any objection based on this notation is unavailing because she still "carefully reviewed and considered all arguments," including the declarations by inmate Lopez and Balkram for the purposes of issuing the Findings and Recommendations. (Doc. 88 at 4-5.)

      According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations, filed on August 27, 2025 (Doc. 88), are **ADOPTED** in full.
2. Defendants' motion for summary judgment (Doc. 47) is **GRANTED**.
3. The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment against Plaintiff, and close this case.

IT IS SO ORDERED.

    Dated:   **September 17, 2025**　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE