UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER, | Case No. 1:20-cv-00682-JLT-HBK (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT |
| v. | |
| RICHARD MILAN, | (Doc. No. 99) |
| Defendant. | |

Pending before the Court is Plaintiff's "Motion for Fee Waiver" filed November 3, 2025. (Doc. No. 99, ""Motion"). Therein, Plaintiff requests an extension of thirty (30) days to submit a certified copy of his trust account statement in order that he be permitted to proceed on his appeal without the prepayment of fees. (*Id.* at 2:15-16). The Court construes Plaintiff's Motion as seeking an extension of time.[1]

A review of the docket in Plaintiff's appeal reflects that, on October 23, 2025, the Ninth Circuit permitted Plaintiff to proceed *in forma pauperis* on his appeal in this case. *Spencer v. Milan*, No. 25-6670 (9th Cir. Oct. 23, 2025). Because the Ninth Circuit has already granted

---

[1] A motion's "nomenclature is not controlling." *Miller v. Transamerican Press, Inc.*, 709 F.2d 524, 527 (9th Cir. 1983) (quoting *Sea Ranch Ass'n v. Cal. Coastal Zone Conservation Comm'ns*, 537 F.2d 1058, 1061 (9th Cir. 1976)). Instead, we "construe [the motion], however styled, to be the type proper for the relief requested." *Id.*

Plaintiff's request to proceed without the prepayment of fees in his appeal, Plaintiff no longer requires an extension of time to submit his inmate trust account statement.

Accordingly, it is **ORDERED**:

Plaintiff's Motion for Fee Waiver (Doc. No. 99), construed as a motion for extension of time, is disregarded as MOOT.

Dated: November 17, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2